# Court of Appeals
# of the State of Georgia

ATLANTA,  June 18, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1808.  MONIQUE HOLLIS v. JUNEBUG PROPERTIES, LLC et al.**

Monique Hollis filed this tort action against Junebug Properties, LLC and Post Office Partners, LLC.  The trial court entered an order dismissing the claims against Junebug Properties, and Hollis filed a notice of appeal.  The trial court dismissed the appeal based upon an unreasonable delay in transmitting the record.  Hollis then filed another notice of appeal seeking review of the order dismissing her first appeal.  We, however, lack jurisdiction.

"While a trial court's order dismissing a properly filed direct appeal is itself subject to a direct appeal, a trial court's order dismissing an improperly filed direct appeal should be considered an interlocutory order and is not subject to a direct appeal."  (Punctuation and citation omitted.)  *Lamb v. Salvation Army*, 301 Ga. App. 325, 327 (1) (687 SE2d 615) (2009); see also *American Medical Security Group, Inc. v. Parker*, 284 Ga. 102, 103 (2) (663 SE2d 697) (2008).  The subject of Hollis's first appeal was an order dismissing one of the two defendants in the case.  Because her claims remain pending against the other defendant, that order was interlocutory and could not be appealed absent compliance with the procedures set forth in OCGA § 5-6-34 (b).  See *Johnson v. Hosp. Corp. of America*, 192 Ga. App. 628, 629 (385 SE2d 731) (1989).  Thus, Hollis's first appeal was not a "properly filed direct appeal," and she had no right of direct appeal from the trial court's order dismissing it.  This appeal is therefore DISMISSED.  See *Rolleston v. Cherry*, 233 Ga. App. 295 (504 SE2d 504) (1998).



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 06/18/2014
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____ , *Clerk.*